1  ALEXANDER G. CALFO (SBN 152891)
   KELLEY S. OLAH (SBN 245180)
2  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
   YUKEVICH CALFO & CAVANAUGH
3  355 S. Grand Avenue, 15th Floor
   Los Angeles, CA  90071-1560
4  Telephone:    (213) 362-7777
   Facsimile:    (213) 362-7788

5

   Attorneys for Defendants
6  DEPUY ORTHOPAEDICS, INC., JOHNSON &
   JOHNSON SERVICES, INC., and JOHNSON &
7  JOHNSON (erroneously sued as "Johnson &
   Johnson, Inc.")

8

9                **UNITED STATES DISTRICT COURT**

10               **EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| JOSEPH KLOSTERMANN,<br><br>            Plaintiff,<br><br>      vs.<br><br>DEPUY ORTHOPAEDICS, INC., an Indiana corporation, JOHNSON & JOHNSON SERVICES, INC., a New Jersey corporation; JOHNSON & JOHNSON, INC., a New Jersey corporation, THOMAS P. SCHMALZRIED, MD; and THOMAS P. SCHMALZRIED, MD, A Professional California Corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | CASE NO. 2:12-CV-01086-MCE-CMK<br><br>**ORDER RE STIPULATION TO STAY PROCEEDINGS**<br><br>JURY TRIAL DEMANDED |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff JOSEPH KLOSTERMANN and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON (erroneously sued as "Johnson & Johnson, Inc.") (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

///

///

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.

IT IS SO ORDERED.

Dated: June 14, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone (213) 362-7777